IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAHERA PURNELL | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-3718 |
| | : | |
| CITY OF PHILADELPHIA | : | |

## ORDER

AND NOW, this 16th day of August, 2021, upon consideration of Defendant City of Philadelphia's Motion to Dismiss, Plaintiff Tahera Purnell's opposition, and the parties' presentations at the June 17, 2021, telephonic oral argument, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 5) is GRANTED and Purnell's Complaint is DISMISSED without prejudice and with leave to amend. Purnell shall have until September 16, 2021, to file an amended complaint addressing the deficiencies in her claims identified in the accompanying Memorandum. Failure to file an amended complaint within the time permitted will result in dismissal of her claims with prejudice.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.