IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAHERA PURNELL | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-3718 |
| | : | |
| CITY OF PHILADELPHIA | : | |

**ORDER**

AND NOW, on this 16th day of August, 2022, having considered the Defendant City of Philadelphia's Motion to Dismiss and the opposition thereto, it is HEREBY ORDERED the Motion (ECF No. 15) is GRANTED. Count I, and the portions of Count IV and V that pertain to Plaintiff Tahera Purnell's sexual harassment claim are DISMISSED WITH PREJUDICE.

An appropriate memorandum follows.

BY THE COURT:

/s/ Juan R. Sánchez,
Juan R. Sánchez, C.J.